# Court of Appeals
# of the State of Georgia

ATLANTA,  October 06, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0044. RUTH FALLS-MILLER et al. v. TWIGGS COUNTY.

Ruth Falls-Miller and Howard Miller filed a complaint against Twiggs County for wrongful suspension of driver's license, false arrest, false imprisonment, defamation, malicious prosecution, loss of enjoyment of life, and loss of consortium. The trial court denied the filing under OCGA § 9-15-2 (d) after finding that the proposed complaint showed a complete absence of any justiciable issue of law or fact. The Millers then filed this application for discretionary appeal.

Pretermitting whether the Millers actually filed their complaint under OCGA § 9-15-2 (d), an order denying filing under that Code section "shall be appealable in the same manner as an order dismissing an action." Moreover, no provision of subsection (a) of OCGA § 5-6-35 is applicable to this case. The order, therefore, is directly appealable, and the Millers' application for appeal is hereby GRANTED pursuant to OCGA § 5-6-35 (j). See *In re Lawsuits of Carter*, 235 Ga. App. 551 (510 SE2d 91) (1998). The Millers shall have ten days from the date of this order to file a notice of appeal with the trial court. If they have already filed a notice of appeal from the order at issue, they need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 10/06/2015
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*